**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO: 1:23-cv-21065-ALTONAGA/Damian**

JONATHAN CONDE, on behalf of himself
and all others similarly situated,

Plaintiff(s),

v.

CDJ OF 152nd ST MIAMI LLC
d/b/a CRAB DU JOUR,

Defendant.
_______________________________/

**JOINT NOTICE OF SELECTION OF MEDIATIOR AND SCHEDULING MEDIATION**

Plaintiff, JONATHAN CONDE, and Defendant, CDJ OF 152nd ST MIAMI LLC, by and through their undersigned counsel, and pursuant to D.E. 17, file this Joint Notice of Selection of Mediator and Scheduling Mediation. The Parties have selected **Carlos Burruezo, Esq.** as mediator and have scheduled Mediation to occur via Zoom on August 18, 2023, at 10:00 a.m. A proposed order scheduling mediation is attached.

**Dated this 22nd day of May 2023.**

Respectfully Submitted,

**MCLUSKEY, MCDONALD & HUGHES P.A.**
8821 S.W. 69th Court
Miami, Florida 33156
Ph: (305) 670-2020
*Counsel for Defendants*

By: */s/ David McDonald, Esq.*
DAVID MCDONALD, ESQUIRE
Florida Bar No. 613241
*dmcdonald@mmlawmiami.com*
*eservice@mmlawmiami.com*
*aperez@mmlawmiami.com*

**USA EMPLOYMENT LAWYERS**
**JORDAN RICHARDS, PLLC**
1800 SE 10th Ave. Suite 205
Fort Lauderdale, Florida 33316
(954) 871-0050
*Counsel for Plaintiff*

By: */s/ Jordan Richards, Esq.*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372
*jordan@jordanrichardspllc.com*

**OBEIDY & ASSOCIATES**
2755 E. Oakland Park Blvd. Suite 225
Fort Lauderdale, Florida 33306
*Counsel for Plaintiff*

By: */s/ Andrew Obeidy, Esq.*
ANDREW OBEIDY, ESQUIRE
Florida Bar No. 910341
*andrew@obdlegal.com*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing document was filed via CM/ECF on this 22nd day of May 2023.

By: */s/ Jordan Richards, Esquire*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372

**SERVICE LIST:**

**DAVID M. MCDONALD, ESQUIRE**
Florida Bar No. 613241
MCLUSKEY, MCDONALD & HUGHES, P.A.
8821 S.W. 69th Court
Miami, Florida 33156
Ph: (305) 670-2020
*Counsel for Defendant*