UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21065-CIV-ALTONAGA/Damian

JONATHAN CONDE,

    Plaintiff,
v.

CDJ OF 152ND ST MIAMI LLC,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** came before the Court on the parties' Joint Motion to Extend Deadline to Amend Pleadings [ECF No. 33], filed on May 25, 2023. The parties seek an extension of time, through June 30, 2023, to be allowed to amend their pleadings and join parties. (*See generally* Mot.). The parties "do not anticipate that this requested extension of time will alter any other current deadline within the Court's Scheduling Order." (*Id.* 1). Nevertheless, if new parties are joined, this will certainly impact subsequent deadlines. Accordingly, it is

**ORDERED AND ADJUDGED** that the Joint Motion **[ECF No. 33]** is **GRANTED in part and DENIED in part**. The parties have until **June 26, 2023** to amend their pleadings. The request for an extension of time to join parties is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 26th day of May, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record