UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-21065-ALTONAGA/Damian

JONATHAN CONDE,

    Plaintiff,
v.

CDJ OF 152ND STREET MIAMI LLC
D/B/A CRAB DU JOUR,

    Defendant.
_____/

## **NOTICE OF APPEARANCE AS DEFENSE CO-COUNSEL**

Brian H. Pollock, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as Co-counsel for Defendant, CDJ of 152nd Street Miami LLC d/b/a Crab Du Jour, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address/email address.

Dated this 12th day of June 2023.

                                                      s/Brian H. Pollock, Esq.
                                                      Brian H. Pollock, Esq. (174742)
                                                      brian@fairlawattorney.com
                                                      FAIRLAW FIRM
                                                      135 San Lorenzo Avenue
                                                      Suite 770
                                                      Coral Gables, FL 33146
                                                      Tel: (305) 230-4884
                                                      *Co-Counsel for Defendant*