UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21065-CIV-ALTONAGA/Damian

JONATHAN CONDE,

    Plaintiff,
v.

CDJ OF 152ND ST MIAMI LLC,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CAUSE came before the Court upon Plaintiff's Notice of Acceptance of Offer of Judgment [ECF No. 43], filed on June 14, 2023. The Court having carefully reviewed the file, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the above styled action is administratively **CLOSED** without prejudice to the parties to comply with the Order Requiring Submission of Settlement Agreement for Court Approval, entered separately on this date. Any pending motions are denied as moot.

**DONE AND ORDERED** in Miami, Florida, this 14th day of June, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record