UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-CV-21065-ALTONAGA/Damian

JONATHAN CONDE BLACKBURN, individually
and on behalf of all others similarly situated

    Plaintiff,

vs.

CDJ OF 152ND ST. MIAMI LLC,
d/b/a CRAB DE JOUR, et al.

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Defendants, CDJ OF 152Nd St. Miami, LLC, Yihua Wang, and Jonathan Pagagno, notify the Court that the parties have settled their dispute over Count X of the Second Amended Complaint and are in the process of negotiating and executing the written Settlement Agreement for full resolution of the claims asserted in the Second Amended Complaint, with the Court to reserve jurisdiction to determine the reasonable attorneys' fees and costs to be awarded to Plaintiff.

Dated this 23rd day of June 2023.

| | |
|---|---|
| Jordan Richards | Brian H. Pollock, Esq. |
| JORDAN RICHARDS, ESQUIRE | Brian H. Pollock, Esq. (174742) |
| USA EMPLOYMENT LAWYERS | brian@fairlawattorney.com |
| - JORDAN RICHARDS, PLLC | FAIRLAW FIRM |
| 1800 SE 10th Ave, Suite 205 | 135 San Lorenzo Avenue |
| Fort Lauderdale, Florida 33316 | Suite 770 |
| Ph: (954) 871-0050 | Coral Gables, FL 33146 |
| Florida Bar No. 910341 | Tel:    305.230.4884 |
| jordan@jordanrichardspllc.com | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |