**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  23-21065-CIV-ALTONAGA/Damian**

**JONATHAN CONDE**,

     Plaintiff,

v.

**CDJ OF 152ND ST MIAMI LLC**,

     Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court on the Joint Notice of Settlement [ECF No. 48]. The parties indicate they have settled their dispute over Count X of the Second Amended Complaint.  Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Clarification of D.E. 44 [ECF No. 46] is **DENIED** as moot.  The hearing scheduled for June 26, 2023 at 11:00 AM is cancelled.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of June, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record