**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-21065-CIV-ALTONAGA/Damian**

JONATHAN CONDE,

     Plaintiff,

v.

CDJ OF 152ND ST MIAMI LLC,

     Defendant.

_____/

## ORDER

     **THIS CAUSE** came before the Court *sua sponte*.  On June 14, 2023, the Court entered an Order [ECF No. 44] requiring the parties to submit their proposed settlement agreement for Court approval by June 28, 2023.  (*See id.* 2).  To date, no proposed settlement agreement has been filed, nor have the parties advised Plaintiff was offered full compensation for his FLSA claim. (*See id.* 1–2).  The parties have not requested additional time to comply with the Court's Order.  Accordingly, it is

     **ORDERED** that on or before **July 5, 2023** the parties shall submit either a notice indicating Plaintiff was offered full compensation for his FLSA claim or, should Plaintiff not have been offered full compensation, the parties' proposed settlement for the Court's review and approval.

     **DONE AND ORDERED** in Miami, Florida, this 29th day of June, 2023.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record