**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO: 1:23-cv-21065-ALTONAGA/Damian**

JONATHAN CONDE BLACKBURN, on behalf of himself
and all others similarly situated,

    Plaintiffs,

v.

CDJ OF 152ND ST MAIMI LLC d/b/a
CRAB DU JOUR, et. al.,

    Defendants.
_____/

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PARTIES TO COMPLY WITH D.E. 50

Plaintiff, JONATHAN CONDE BLACKBURN ("Plaintiff"), by and through undersigned counsel, hereby files his Unopposed Motion for Extension of Time for Parties to Comply with D.E. 50, as follows:

**I.    FACTS**

On June 29, 2023, the Court entered its Order requiring the Parties to submit their proposed settlement agreement for Court approval, or otherwise inform the Court that Plaintiff was offered full compensation for his FLSA claim by no later than July 5, 2023. *See* D.E. 50. The Parties respectfully move for an extension of time to comply with D.E. 50 through July 10, 2023. Undersigned counsel is currently attending a multi-day employment law conference out of state and the Parties are still in the process of commemorating their resolution in a written settlement agreement. This request for extension of time is made in good faith and the Defendants do not object to the relief sought herein.

**II.    MEMORANDUM OF LAW**

Pursuant to Fed. R. Civ. P. 6, the Court may, for good cause shown, extend any deadline. *See* Fed. R. Civ. P. 6. Here, the Parties have resolved the underlying claims in this case and are in the process of commemorating the terms of their resolution in a written settlement agreement. The Court has ordered the Parties to submit their settlement agreement for Court approval or otherwise advise the Court that the Plaintiff has been offered full compensation by no later than July 5, 2023.

*See* D.E. 50. The Parties have conferred and request an extension of time to comply with D.E. 50 through July 10, 2023. Prior to the filing of this motion, the undersigned counsel conferred with Defendants regarding the relief sought herein and Defendants do not object to the requested extension of time.

### III. CONCLUSION

WHEREFORE, Plaintiff, JONATHAN CONDE BLACKBURN, respectfully requests that the Court enter an Order: (a) granting this Unopposed Motion for Extension of Time for Parties to Comply with D.E. 50; and (b) allow the Parties to comply with the requirements set forth within D.E. 50 by no later than July 10, 2023.

### CERTIFICATE OF CONFERRAL

Pursuant to S.D. Fla. L.R. 7.1(a)(3), prior to the filing of the instant motion the parties conferred regarding the relief sought here and Defendants do not oppose the relief sought in this Motion.

**Dated this 30th of June 2023.**

Respectfully Submitted,

| | |
|---|---|
| **USA EMPLOYMENT LAWYERS - JORDAN RICHARDS, PLLC**<br>1800 SE 10th Ave, Suite 205<br>Fort Lauderdale, Florida 33316<br>Ph: (954) 871-0050<br>*Co-Counsel for Plaintiff*<br><br>By: */s/ Jordan Richards*<br>JORDAN RICHARDS, ESQUIRE<br>Florida Bar No. 108372<br>jordan@jordanrichardspllc.com | **OBEIDY & ASSOCIATES, P.A.**<br>2755 E. Oakland Park Blvd. Suite 225<br>Fort Lauderdale, Florida 33306<br>Ph: (305) 892-5454<br>Fax: (954) 206-6955<br>*Co-Counsel for Plaintiff*<br><br>By: */s/ Andrew Obeidy*<br>ANDREW OBEIDY, ESQUIRE<br>Florida Bar No. 910341<br>andrew@obdlegal.com |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was filed via CM/ECF on this 30th of June 2023.

By: */s/ Jordan Richards*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372

## SERVICE LIST

**LOWELL J. KUVIN, ESQ.**
Florida bar No. 53072
LAW OFFICE OF LOWELL J. KUVIN, LLC
17 East Flagler Street, Suite 223
Miami, Florida 33131
Tel: (305) 358-6800
*Co-counsel for Defendants*

**BRIAN H. POLLOCK, ESQUIRE**
Florida Bar No. 174742
FAIRLAW FIRM
135 San Lorenzo Ave.
Suite 770
Coral Gables, Florida 33146
Tel: (305) 230-4884
*Co-counsel for Defendants*