**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:23-cv-21065-ALTONAGA/Damian**

JONATHAN CONDE BLACKBURN, individually,
and on behalf of all others similarly situated,

    Plaintiff

    v.

CDJ OF 152ND ST MIAMI LLC,
et. al.

    Defendants.
_____/

**ORDER**

THIS CAUSE having come before the Court upon Plaintiff's Unopposed Motion for Extension of Time for Parties to Comply with D.E. 50, it is

ORDERED and ADJUDGED as follows:

The Plaintiff's Unopposed Motion for Extension of Time for Parties to Comply with D.E. 50 is hereby GRANTED. The Parties shall comply with the requirements set forth within D.E. 50 by no later than July 10, 2023.

DONE and ORDERED in Miami-Dade County, Florida, on this ___ day of June 2023.

                                                   _____
                                                   **HON. CECILIA M. ALTONAGA**
                                                   **CHIEF UNITED STATES DISTRICT JUDGE**

Copies to:
*Counsel of Record*