UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21065-CIV-ALTONAGA/Damian

JONATHAN CONDE,

 Plaintiff,
v.

CDJ OF 152ND ST MIAMI LLC,

 Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion for Extension of Time for Parties to Comply with D.E. 50 [ECF No. 51]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 51] is **GRANTED**. The parties shall comply with the requirements of the June 29, 2023 Order [ECF No. 50] on or before **July 10, 2023**.

**DONE AND ORDERED** in Miami, Florida, this 30th day of June, 2023.

            _____
            **CECILIA M. ALTONAGA**
            **CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record