UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-cv-21065-ALTONAGA/Damian

JONATHAN CONDE BLACKBURN,

    Plaintiff

v.

CDJ OF 152ND ST MIAMI LLC,
et. al.

    Defendants.

_____/

**ORDER**

THIS CAUSE came before the Court upon the Parties' Joint Motion to Approve Settlement of FLSA Claims and Joint Stipulation for Dismissal with Prejudice ("the Joint Motion"). The Court is fully advised on the premises herein.

Having reviewed the Join Motion and Settlement Agreement, the Court finds that the Settlement reached between the Parties is fair and reasonable under the circumstances. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor,* 679 F.2d 1350, 1355 (11th Cir. 1982). Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Motion is **GRANTED**;
2. The Parties' Settlement Agreement is hereby **APPROVED**;
3. The Case is **DISMISSED WITH PREJUDICE**;
4. The Parties are ordered to comply with the Southern District of Florida's Local Rules governing the outstanding issue and adjudication of attorney's fees and costs;
5. The Court will retain jurisdiction to enforce the terms of the Settlement Agreement and adjudicate the issue of attorney's fees and costs, if necessary, for ninety (90) days;
6. The clerk is directed to **CLOSE** the case and **DENY** any pending motions as moot; and

DONE and ORDERED in Miami-Dade County, Florida, on this ___ day of July 2023.

                                            **HON. CECILIA M. ALTONAGA**
                                            **CHIEF UNITED STATES DISTRICT JUDGE**

Copies to:
*Counsel of Record*