UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:23-cv-21065-CMA

JONATHAN CONDE, individually
and on behalf of all others similarly situated

      Plaintiff,

vs.

CDJ OF 152ND ST. MIAMI LLC,
d/b/a CRAB DE JOUR, et al.

      Defendant.
_____/

### ORDER GRANTING MOTION DEFENDANTS' NUNC PRO TUNC TO SERVE LINE-BY-LINE OBJECTIONS TO PLAINTIFF'S BILLING RECORDS

**THIS CAUSE** having come before the Court on Defendants' Motion for Enlargement of Time *Nunc Pro Tunc* to Serve Line-By-Line Objections to Plaintiff's Billing Records, and the Court having considered the Motion, it is hereby:

**ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED**.

2. Defendants shall have until August 28, 2023, to serve their line-by-line objections.

      **DONE AND ORDERED** in Chambers this _____ day of August 2023.

_____
Honorable Cecilia M Altonaga
UNITED STATES DISTRICT JUDGE