**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 1:23-cv-21065-ALTONAGA/Damian**

JONATHAN CONDE BLACKBURN,

     Plaintiff

     v.

CDJ OF 152ND ST MIAMI LLC, et. al.

     Defendants.

_____/

**<u>ORDER</u>**

     THIS CAUSE having come before the Court upon the Joint Motion for Final Approval of Payment of Attorney's Fees and Costs to Plaintiff's Counsel, it is

     ORDERED and ADJUDGED as follows:

     Based on the information attached to the Joint Motion for Final Approval of Payment of Attorney's Fees and Costs to Plaintiff's Counsel, and the Parties' good-faith negotiation, the Court hereby approves the attorney's fees and costs payable to Plaintiff's counsel as fair and reasonable. The Court will retain jurisdiction over the enforcement of this Agreement through January 31, 2024.

     DONE and ORDERED in Miami-Dade County, Florida, on this ___ day of September 2023.

                                      _____

                                      **HON. CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

Copies to:
*Counsel of Record*