UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21065-CIV-ALTONAGA/Damian

JONATHAN CONDE,

    Plaintiff,
v.

CDJ OF 152ND ST MIAMI LLC, *et al.*,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court on the parties' Joint Motion for Final Approval of Payment of Attorney's Fees and Costs to Plaintiff's Counsel [ECF No. 57], filed on September 11, 2023. Plaintiff seeks an award of attorney's fees in the amount of $18,500. (*See id.* 3). Defendants do not oppose the amount requested. (*See id.*). Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' Joint Motion **[ECF No. 57]** is **GRANTED**. Plaintiff is awarded attorney's fees in the amount of $18,500. This payment shall be submitted to Plaintiff's counsel in five installments — one payment of $7,500.00 seven calendar days after the date of this Order and four equal installments of $2,750.00 on the 15th day of each calendar month thereafter. The Court retains jurisdiction to enforce the terms of the Settlement Agreement and the Agreement on Payment of Attorney's Fees and Costs to Plaintiff's Counsel [ECF No. 57-1].

**DONE AND ORDERED** in Miami, Florida, this 12th day of September, 2023.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**